UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK TREESH, | ) | Case No.: 1:02 CV 462 |
| | ) | |
| Petitioner | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| MARGARET BAGLEY, WARDEN, | ) | |
| MEMORANDUM OPINION | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

This court, having issued its Memorandum of Opinion and Order, denying the Petition for Writ of Habeas Corpus, hereby dismisses this action. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could be taken in good faith as to grounds 2 and 15(c). The court issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed.R.App. 22(b) as to those grounds only. As to all remaining grounds, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c) and Fed.R.App.P. 22(b)

IT IS SO ORDERED.

*/s/SOLOMON OLIVER JR.*
UNITED STATES DISTRICT JUDGE

March 31, 2007